IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DANTE DILLARD, | § | |
| | § | No. 225, 2025 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1105015873 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |
| | § | |

Submitted: July 1, 2025
Decided: July 1, 2025

## <u>ORDER</u>

On May 19, 2025, the appellant, Dante Dillard, filed a notice of appeal from a Superior Court commissioner's report recommending that Dillard's third motion for postconviction relief be summarily dismissed. The Senior Court Clerk issued a notice directing Dillard to show cause why his appeal should not be dismissed for the Court's lack of jurisdiction to consider an appeal taken directly from a Superior Court commissioner's order.[1] A timely response to the notice to show cause was due on or before June 30, 2025. To date, Dillard has not responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

---

[1] *See Johnson v. State*, 884 A.2d 475, 479 (Del. 2005) ("In the absence of [] intermediate review by a Superior Court judge, this Court is without jurisdiction to hear an appeal from any action taken by a [c]ommissioner.").

NOW, THEREFORE, IT IS ORDERED that the appeal be DISMISSED under Supreme Court Rules 3(b) and 29(b).

BY THE COURT:

*/s/ Gary F. Traynor*
Justice